IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AL-TARIQ JENKINS,<br><br>Defendant. | Case No.: 18-CR-286 HSG<br><br>**ORDER TO CONTINUE SUPERVISED RELEASE STATUS HEARING DATE** |

For good cause shown, and upon the agreement of the parties and the probation office, the status hearing scheduled for November 29, 2023, is vacated.  This matter is reset for a status hearing on January 10, 2024, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   11/28/2023

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge